IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Webb, Dominique R

Printed: 8/5/08

Case Number: 07 B 20302
Judge: Wedoff, Eugene R
Filed: 10/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 19, 2008
Confirmed: December 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 350.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 330.00 |
| Trustee Fee: |  | 20.00 |
| Other Funds: |  | 0.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,250.00 | 330.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 145.54 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 835.22 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 262.50 | 0.00 |
| 7. | Santa Barbara Bank & Trust | Unsecured | 665.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 195.78 | 0.00 |
| 9. | T Mobile USA | Unsecured | 110.84 | 0.00 |
| 10. | Nicor Gas | Unsecured | 134.10 | 0.00 |
| 11. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 12. | IQ Tel | Unsecured |  | No Claim Filed |
| 13. | Sallie Mae | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
| 16. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,598.98 | $ 330.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 13.50 |
| 6.5% | 6.50 |
|  | $ 20.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Webb, Dominique R | Case Number:  07 B 20302 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/5/08 | Filed:  10/31/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

